MARLON HANCHETT, TRACY  * NUMBER 2018-224 DIV. F
BELLARD, DION MORRIS, & MARLON
HANCHETTE ON BEHALF OF HIS MINOR
DAUGHTER, MARLACYA HANCHETTE  * 14TH JUDICIAL DISTRICT COURT

VERSUS

 * CALCASIEU PARISH
DEBORAH LYNN PURDY,
WERNER ENTERPRISES, INC &
ACE AMERICAN INSURANCE COMPANY  * STATE OF LOUISIANA

***

PETITION FOR DAMAGES

***

NOW INTO COURT, through the undersigned counsel comes Marlon Hanchett, Tracy Bellard, Dion Morris, persons of the full age of majority, domiciled in Calcasieu Parish, and Marlon Hanchett on behalf of his minor daughter, Marlacya Hanchette, who respectfully represents that:

1.

The following parties are made defendants herein:

a. Deborah Lynn Purdy, a person of the full age of minority and believed to be resident of the County of Charlotte, State of Florida, city of Punta Gorda; and

b. Werner Enterprises Inc., a foreign or domestic corporation licensed in and doing business in the state of Louisiana who may be served through the Louisiana Secretary of State Tom Schedler or a registered agent; and

c. Ace American Insurance company, a foreign or domestic corporation licensed in and doing business in the state of Louisiana who may be served through the Louisiana Secretary of State Tom Schedler or a registered agent

2.

Venue and Jurisdiction are proper within the territorial confines of the 14th Judicial District Court, Parish of Calcasieu.

3.

Plaintiff, Marlon Hanchett, on or about the 14th day of January 2017, was lawfully operating his vehicle on Interstate 10, with his wife Tracy Bellard, son Dion Morris and daughter Marlacya Hanchett as a passenger, when suddenly and without warning defendant Deborah Purdy recklessly struck the vehicle containing the plaintiff causing a collision between the two vehicles; causing plaintiff's vehicle to veer off the highway and ultimately colliding with a ditch; damaging plaintiff's vehicle.

4.

Defendant, Deborah Purdy, was at the time and place above described, operating a Werner



Enterprises, Inc owned 18-wheeler, which was a 2016 Freightliner which had attached to it a 2018 Wabash box trailer.

5.

Defendant, Deborah Purdy, was at the time and place above under the scope of employment for Werner Enterprises, Inc.

6.

Defendant, Werner Enterprises, Inc. at all times alleged herein had supervisory control over the named defendant, who was responsible for the injurious acts, which were directed to the plaintiffs and resulted in the violation of Plaintiff's rights. Under the laws of the state of Louisiana, Werner Enterprises, Inc.; is liable to the Plaintiff for the negligent and/or intentional acts or omissions of their employees, as set forth below.

7.

The acts of fault, gross and wanton negligence, and lack of skill by Defendant, Deborah Purdy, which were inexplicable without resort to the presumption of negligence and applicability of the doctrine of res ipsa loquitur in view of the fact that defendant Deborah Purdy caused the collision and the resulting injuries to petitioner were as follows:

a. Failing to keep a proper lookout.

b. Failing to have an 18-wheeler under control so as to keep it from striking the petitioner's vehicle.

c. Failing to steer an 18-wheeler e properly so as to avoid striking the petitioners vehicle.

d. Failing to apply the brakes properly on an 18-wheeler so as to bring it to a stop before colliding with the petitioner's vehicle.

e. Failing to properly inspect a 18-wheeler, and operating a 18-wheeler which she knew or should have known was unsafe and dangerous.

f. Such other acts and omissions as will be shown on the trial, all which are in contravention of the exercise of due care, prudence, and the laws of Louisiana and Calcasieu Parish which are specially pleaded as if and as though copied in extensor.

8.

At the time of the collision sued on herein, plaintiff's alleges on information and belief that there was in full force and effect one or more policies of public motor vehicle insurance issued by defendant, Ace American Insurance Company, to and in favor of Deborah Purdy and Werner

Enterprises, LLC, which insurance affords coverage for liability of the nature asserted herein against said defendant, and which insurance ensures to the benefit of plaintiff under the provisions of the Louisiana Direct Action Statute, thereby entitling plaintiffs to maintain this direct action against said defendant insurer and thereby rendering said defendant insurer liable, in solido, with defendant's Deborah Purdy and Ace American Insurance Company, for damages as sued for herein.

9.

As a result of the rear end collision sued on, Marlon Hanchett suffered severe injuries, namely:

a. Abdominal Pain.

b. Lower Back Pain.

c. Knee Pain.

d. Pain and tenderness in the Neck/Back.

e. Mental Distress

10.

As a result of the rear end collision sued on, Tracy Bellard suffered severe injuries, namely:

a. Abdominal Pain.

b. Lower Back Pain.

c. Knee Pain.

d. Pain and tenderness in the Neck/Back.

e. Mental Distress

11.

As a result of the rear end collision sued on, Dion Morris suffered severe injuries, namely:

a. Abdominal Pain.

b. Lower Back Pain.

c. Knee Pain.

d. Pain and tenderness in the Neck/Back.

e. Mental Distress

12.

As a result of the rear end collision sued on, Marlacya Hancette suffered severe injuries, namely:

a. Abdominal Pain.

b. Lower Back Pain.

c. Knee Pain.

d. Pain and tenderness in the Neck/Back.

e. Mental Distress

Which injuries have caused and will cause plaintiffs, residual disability, past and future pain and suffering, past and future mental anguish and distress, past and future loss of enjoyment of life, past and future medical expenses, and loss of past and future earnings or income earning capacity.

WHEREFORE, Petitioner prays that due proceedings are held and a judgment is entered in favor of petitioners, Marlon Hanchett, Tracy Bellard, Dion Morris and Marlacya Hanchett, and against defendant(s), Deborah Purdy, Werner Enterprises, Ace American Insurance Company, severally and in solido for an amount the Court deems reasonable and proper, together with legal interest from judicial demand until finally paid, plus all costs of these proceedings, and for any other and further legal and equitable relief as the court deems necessary and proper.

RESPECTFULLY SUBMITTED:
James Benton III, LLC
Attorney At Law
10124 Jefferson Hwy
P.O. Box 44215
Baton Rouge, LA 70809
Telephone: (337)302-2402
Facsimile: (225) 208-1177

By: _____
James Benton III, La. Bar # 32826
Attorney For: Marlon Hancett, Tracy Bellard, Dion Morris and Marlacya Hanchette

PLEASE HOLD SERVICE.

A TRUE COPY
Lake Charles, Louisiana

Darnell Richmond
Deputy Clerk of Court
Calcasieu Parish, Louisiana

APR 20 2018